**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF THE COMPLAINT OF TODD TIGNER REBECCA TIGNER AND DIVERSIFIED BUILDERS, INC., FOR EXONERATION FROM OR LIMITATION OF LIABILITY EXONERATION FROM, OR LIMITATION OF, LIABILITY.** | ) ) ) ) ) ) ) ) | **Case No. 2:17-cv-02063** |

**CLAIM**

PLEASE take note that the Claimants, Wray Cox and April Cox (hereinafter "Claimants"), pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, make this Proof of Claim against Todd Tigner, Rebecca Tigner and Diversified Builders, Inc. (hereinafter "Petitioners"), and a Myacht Houseboat 5015, Hull ID# BUJ0514H809 (hereinafter "the Boat"), a vessel owned by Petitioners, as follows:

1. Claimants are husband and wife and are residents of the State of Tennessee.

2. Petitioners are residents of the State of Tennessee. At all times material hereto, Petitioners were the owners of the Boat.

3. This claim is made pursuant to the General Maritime Laws of the United States.

4. That on or about August 15, 2015, Claimants were passengers and guests on the Boat that was anchored in the Mississippi River near Harbor Town Marina, Memphis, Shelby County, Tennessee.

5. The Boat was tied up with the True Blessing, a vessel owned and operated by Beck Newton and Gail Newton.

6. Claimant Wray Cox had been swimming in the water, and because of the manner in which the two (2) vessels were tied together, the ladder of the Boat was obstructed, and the Plaintiff had to climb onto the back of True Blessing in order to get back onboard the Boat.

7. Because of the slippery conditions on the stern of the True Blessing, as Claimant Wray Cox attempted to go from the True Blessing to the Boat, he was caused to fall onto the open gate of the railing of the Boat.

8. Claimant Wray Cox's right arm was impaled on the open gate portion of the railing of the Boat, severing the brachial artery and median nerve and causing a severe loss of blood.

9. The Petitioners Todd Tigner and Rebecca Tigner were negligent in the following respects:

a) by anchoring and tying their vessel in an unsafe manner; and

b) by failing to properly keep their passengers and guests safe.

10. Said acts of negligence of Petitioners constituted the proximate cause of Plaintiffs' injuries set forth below.

11. As a result of the aforesaid incident, Plaintiff Wray Cox was injured in the following respects:

a) Plaintiff suffered a severed brachial artery and median nerve to his right arm;

b) Plaintiff has suffered permanent nerve damage;

c) Plaintiff was required to seek and obtain necessary hospital and medical treatment in an effort to be cured and relieved of the effects of his injuries;

d) Plaintiff has lost money from the loss of wages; and,

e) Plaintiff has experienced pain and suffering.

f) Plaintiff has suffered the loss of enjoyment of life.

12. That the Claimant April Cox has sustained the loss of consortium and loss of society of her husband, Wray Cox.

13. That all acts of negligence set forth above were within the privity and knowledge of the Petitioners.

14. Claimants allege that by filing this Claim the Claimants are not hereby waiving any defenses to the Complaint for Exoneration From or Limitation of Liability filed in this cause by Petitioners Todd Tigner, Rebecca Tigner, and Diversified Builder, Inc., which defenses are set forth in Claimant's Answer to said Petition filed herewith and incorporated herein by reference.

WHEREFORE:

1. The Claimant Wray Cox presents a claim against Todd Tigner, Rebecca Tigner, Diversified Builders, Inc., and the Boat in the amount of One Million Dollars ($1,000,000.00), plus interest and costs, and further prays that the Court grant the Claimant such other and further relief as justice may require.

2. The Claimant April Cox presents a claim against Todd Tigner, Rebecca Tigner, Diversified Builders, Inc., and the Boat in the amount of Two Hundred and Fifty Thousand Dollars ($250,000.00), plus interest and costs, and further prays that the Court grant the Claimant such other and further relief as justice may require.

Respectfully submitted,

s/Lee J. Bloomfield
GODWIN, MORRIS,
LAURENZI, AND BLOOMFIELD, P.C.

50 North Front St., Suite 800
Memphis, TN 38103
(901) 528-1702

**VERIFICATION**

STATE OF TENNESSEE )
COUNTY OF )

Wray Cox, being duly sworn, deposes and says that he has read the foregoing Claim and knows the contents thereof; and that the facts stated therein, upon information obtained from others, Affiant believes to be true.

WRAY COX

Subscribed and sworn to before me on this the 17th day of April, 2017.

NOTARY PUBLIC

ELKE R. BROWN
STATE OF TENNESSEE
NOTARY PUBLIC
SHELBY COUNTY
MY COMMISSION EXPIRES 1-20-2019

My Commission Expires:
______________________

**VERIFICATION**

STATE OF TENNESSEE )
COUNTY OF )

April Cox, being duly sworn, deposes and says that she has read the foregoing Claim and knows the contents thereof; and that the facts stated therein, upon information obtained from others, Affiant believes to be true.

APRIL COX

Subscribed and sworn to before me on this the 17th day of April, 2017.

ELKE R. BROWN
STATE OF TENNESSEE
NOTARY PUBLIC
SHELBY COUNTY
MY COMMISSION EXPIRES 1-20-2019

NOTARY PUBLIC

My Commission Expires:

_______________________

**CERTIFICATE OF SERVICE**

I, Lee J. Bloomfield, do hereby certify that on the 17 day of April, 2017, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of the filing to:

Vickie Moffett Cruzen, Esq.
22 North Front Street, Suite 850
Memphis, Tennessee 38103

James K. Mondl, Esq.
701 Market Street, Suite 260
St. Louis, Missouri 63101

J. Caleb Meriwether, Esq.
50 North Front Street, Suite 610
Memphis, Tennessee 38103

s/Lee J. Bloomfield